IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ENTRUST ENERGY, INC., *et al.*,[1] | CASE NO.: 21-31070 |
| Debtors. | (Joint Administration Requested) |

## ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

These jointly-administered cases were filed on March 30, 2021. *A Notice of Designation as Complex Chapter 11 Bankruptcy Case* was filed. Based on its review of the initial pleadings, the court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply.
   b. Local District Court Civil Rule 83.1 applies.
   c. Appendix A to the Local Rules of the District Court applies.
   d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Houston, Texas
Dated: _____, 2021

                                                         MARVIN ISGUR
                                                         UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Entrust Energy, Inc. (2194); Entrust Treasury Management Services, Inc. (2347); Entrust Energy East, Inc. (3446); Power of Texas Holdings, Inc. (8159); Knocked, Corp. (0195); Akyta Holdings, Inc. (7696); Enserve, Inc. (9111); Akyta, Inc. (7560); Energistics, Inc. (3460); SPH Investments, Inc, (0271); Akyta IP, Inc. (8798); Surge Direct Sales, Inc. (7225); Entrust Energy Operations, Inc. (7479); Strategic Power Holdings, LLC (7069); NGAE, Inc. (1888). The Debtors' mailing address is Entrust Energy, Inc., 1301 McKinney Street, Suite 2950, Houston, TX 77010.