

**IN THE UNTED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
03/30/2021

| | |
|---|---|
| In re:<br><br>**ENTRUST ENERGY, INC.,**<br><br> Debtor.<br><br>EIN 57-1242194 | Chapter 11<br><br>Case No.: 21-31070<br><br>(Emergency Hearing Requested) |
| In re:<br><br>**ENTRUST TREASURY MANAGEMENT SERVICES, INC.,**<br><br> Debtor.<br><br>EIN 30-0832347 | Chapter 11<br><br>Case No.: 21-31071<br><br>(Emergency Hearing Requested) |
| In re:<br><br>**ENTRUST ENERGY EAST, INC.,**<br><br> Debtor.<br><br>EIN 90-0883446 | Chapter 11<br><br>Case No.: 21-31073<br><br>(Emergency Hearing Requested) |
| In re:<br><br>**POWER OF TEXAS HOLDINGS, INC.,**<br><br> Debtor.<br><br>EIN 82-3558159 | Chapter 11<br><br>Case No.: 21-31074<br><br>(Emergency Hearing Requested) |
| In re:<br><br>**KNOCKED, CORP.,**<br><br> Debtor.<br><br>EIN 32-0420195 | Chapter 11<br><br>Case No.: 21-31075<br><br>(Emergency Hearing Requested) |

| | |
|---|---|
| In re: <br><br> **AKYTA HOLDINGS, INC.,** <br><br> Debtor. <br><br> EIN 82-3817696 | Chapter 11 <br><br> Case No.: 21-31076 <br><br> (Emergency Hearing Requested) |
| In re: <br><br> **ENSERVE, INC.,** <br><br> Debtor. <br><br> EIN 82-3819111 | Chapter 11 <br><br> Case No.: 21-31077 <br><br> (Emergency Hearing Requested) |
| In re: <br><br> **AKYTA, INC.,** <br><br> Debtor. <br><br> EIN 46-0977560 | Chapter 11 <br><br> Case No.: 21-31078 <br><br> (Emergency Hearing Requested) |
| In re: <br><br> **ENERGISTICS, INC.,** <br><br> Debtor. <br><br> EIN 61-1883460 | Chapter 11 <br><br> Case No.: 21-31079 <br><br> (Emergency Hearing Requested) |
| In re: <br><br> **SPH INVESTMENTS, INC.** <br><br> Debtor. <br><br> EIN 80-0930271 | Chapter 11 <br><br> Case No.: 21-31080 <br><br> (Emergency Hearing Requested) |
| In re: <br><br> **AKYTA IP, INC.,** <br><br> Debtor. <br><br> EIN 82-3818798 | Chapter 11 <br><br> Case No.: 21-31081 <br><br> (Emergency Hearing Requested) |

| | |
|---|---|
| **In re:** <br> **STRATEGIC POWER HOLDINGS, LLC,** <br> Debtor. <br> EIN 46-1097069 | Chapter 11 <br> Case No.: 21-31082 <br> (Emergency Hearing Requested) |
| **In re:** <br> **NGAE, INC.,** <br> Debtor. <br> EIN 46-1051888 | Chapter 11 <br> Case No.: 21-31083 <br> (Emergency Hearing Requested) |
| **In re:** <br> **SURGE DIRECT SALES, INC.,** <br> Debtor. <br> EIN 90-0887225 | Chapter 11 <br> Case No.: 21-31084 <br> (Emergency Hearing Requested) |
| **In re:** <br> **ENTRUST ENERGY OPERATIONS, INC.,** <br> Debtor. <br> EIN 57-1242194 | Chapter 11 <br> Case No.: 21-31085 <br> (Emergency Hearing Requested) |

### ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of Entrust Energy, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully described in the Motion; and due and proper notice of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

the Motion having been provided; and the relief requested in the Motion being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED:

1. Omitted.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned chapter 11 cases will be jointly administered by the Court under Case No. 21-31070 (MI). Additionally, the following checked items are ordered:

   A. __X__ One disclosure statement and plan of reorganization may be filed for the Debtors by any plan proponent.

   B. __X__ Any of the above-captioned cases with a higher case number shall be transferred to Judge Marvin Isgur, who has the lower numbered case.

   C. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   D. __X__ Other: See below

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates. The caption of the jointly administered cases should read as follows:

**IN THE UNTED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ENTRUST ENERGY, INC.,** *et al.* [2] | **Case No.: 21-31070** |
| **Debtors.** | **Jointly Administered** |

4. The foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.

5. The Debtors shall be permitted to file their monthly operating reports and post-effective date quarterly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis *provided* that disbursements will be listed on a Debtor-by-Debtor basis.

6. The Clerk of this Court shall enter this order on the docket of each of the Debtors' cases and shall make the following docket entry in each cases:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of this case with the chapter 11 cases of Entrust Energy, Inc. The docket in the case of Entrust Energy, Inc. Case No. 21-31070 (MI), should be consulted for all further documents filed and all matters affecting this case.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Entrust Energy, Inc. (2194); Entrust Treasury Management Services, Inc. (2347); Entrust Energy East, Inc. (3446); Power of Texas Holdings, Inc. (8159); Knocked, Corp. (0195); Akyta Holdings, Inc. (7696); Enserve, Inc. (9111); Akyta, Inc. (7560); Energistics, Inc. (3460); SPH Investments, Inc, (0271); Akyta IP, Inc. (8798); Surge Direct Sales, Inc. (7225); Entrust Energy Operations, Inc. (7479); Strategic Power Holdings, LLC (7069); NGAE, Inc. (1888). The Debtors' mailing address is Entrust Energy, Inc., 1301 McKinney Street, Suite 2950, Houston, TX 77010.

7. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: March 30, 2021

_____
Marvin Isgur
United States Bankruptcy Judge