# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, April 6, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Bruce | Baker | Opportune | Unsecured Debt |
| Jason | Binford | Office of the Attorney General of Texas | Public Utility Commission of Texas |
| Mary | Bischoping | Gibson, Dunn & Crutcher LLP | Counsel to creditor, Luminant |
| Hector | Duran | U.S. Department of Justice | U.S. Trustee |
| Andrew | Gallo | Morgan, Lewis & Bockius | Nippon Gas |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Electric Reliability Council of Texas, Inc. |
| Antonio | Ortiz | Jordan, Holzer & Ortiz, PC | Interested Party |
| Stephen | Statham | U.S. Department of Justice | U.S. Trustee |
| Stanley | Tarr | Blank Rome LLP | JPMorgan Chase Bank, N.A. |