**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Benson, Glenn S | Partner | Litigation | 1993 | $33,962.50 | 47.50 | $715 | $715 | 0 |
| Donaho, Thomas A | Partner | Litigation | 2011 | $19,392.00 | 30.30 | $640 | $640 | 0 |
| Esmont, Joseph M | Partner | Bankruptcy | 2008 | $15,288.00 | 27.30 | $560 | $560 | 0 |
| Geyer, Tiffany Payne | Partner | Bankruptcy | 2000 | $2,178.00 | 4.40 | $495 | $495 | 0 |
| Grant, Ashlee C. | Partner | Employment | 2010 | $312.50 | 0.50 | $625 | $625 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $117,750.00 | 157.00 | $750 | $750 | 0 |
| Hunsaker, Matthew C. | Partner | Tax | 2004 | $1,020.00 | 1.20 | $850 | $850 | 0 |
| Kristiansen, Eric W. | Partner | Litigation | 2000 | $73,857.50 | 95.30 | $775 | $775 | 0 |
| Layden, Andrew V. | Partner | Bankruptcy | 2010 | $6,363.50 | 14.30 | $445 | $445 | 0 |
| Parrish, Jimmy D | Partner | Bankruptcy | 2000 | $215,424.00 | 336.60 | $640 | $640 | 0 |
| Proano, David F | Partner | Litigation | 2004 | $4,459.00 | 9.10 | $490 | $490 | 0 |
| Rose, Jorian L | Partner | Bankruptcy | 1997 | $182,910.00 | 187.60 | $975 | $975 | 0 |
| Thomas, Joshua C. | Partner | Litigation | 2008 | $4,437.50 | 7.10 | $625 | $625 | 0 |
| Attard, Lauren T. | Counsel | Bankruptcy | 2008 | $6,624.00 | 9.20 | $720 | $720 | 0 |
| Delaney, Michael | Counsel | Bankruptcy | 2009 | $50,400.00 | 100.80 | $500 | $500 | 0 |
| Blanchard, Jason I | Associate | Bankruptcy | 2011 | $4,256.00 | 6.40 | $665 | $665 | 0 |
| Donoho, Justin R. | Associate | Litigation | 2011 | $488.00 | 0.80 | $610 | $610 | 0 |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $78,407.50 | 198.50 | $395 | $395 | 0 |
| Peterson, Laura E | Associate | Bankruptcy | 2012 | $2,852.00 | 6.20 | $460 | $460 | 0 |
| Smith, Shanisha Y. | Associate | Litigation | 2014 | $1,696.50 | 2.90 | $585 | $585 | 0 |
| Thompson, Taylor M | Associate | Litigation | 2018 | $2,331.00 | 7.40 | $315 | $315 | 0 |
| Trujillo, Alexandra L | Associate | Litigation | 2018 | $127.50 | 0.30 | $425 | $425 | 0 |
| Walton, Ryan A. | Associate | Litigation | 2007 | $4,897.00 | 11.80 | $415 | $415 | 0 |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Weaver, Casey E. | Associate | Int'l Trade | 2013 | $26,149.50 | 44.70 | $585 | $585 | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $34,678.50 | 113.70 | $305 | $305 | 0 |
| Shore, Sally | Paralegal | Trademark | | $55.00 | 0.20 | $275 | $275 | 0 |
| Vasquez, Oscar H | Paralegal | Litigation | | $62.00 | 0.20 | $310 | $310 | 0 |
| Martin, Joseph | Sr. Lit. Support Coordinator | Litigation | | $1,681.50 | 5.90 | $285 | $285 | 0 |
| **TOTAL** | | | | **$892,060.50** | **1,427.20** | | | |

Case Name: Entrust Energy, Inc., et al.
Case Number: 21-31070
Applicant's Name: Baker & Hostetler LLP
Date of Application: July 21, 2021
Interim or Final: Interim

2