**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Benson, Glenn S. | Partner | Litigation | 1993 | $110,968.00 | 155.20 | $715 | $715 | 0 |
| Dimitroff, Sashe D. | Partner | Litigation | 1992 | $46,084.50 | 53.90 | $855 | | 0 |
| Donaho, Thomas A. | Partner | Litigation | 2011 | $16,128.00 | 25.20 | $640 | $640 | 0 |
| Esmont, Joseph M. | Partner | Bankruptcy | 2008 | $6,608.00 | 11.80 | $560 | $560 | 0 |
| Geyer, Tiffany Payne | Partner | Bankruptcy | 2000 | $9,751.50 | 19.70 | $495 | $495 | 0 |
| Grant, Ashlee C. | Partner | Employment | 2010 | $125.00 | 0.20 | $625 | $625 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $30,675.00 | 40.90 | $750 | $750 | 0 |
| Kristiansen, Eric W. | Partner | Litigation | 2000 | $107,570.00 | 138.80 | $775 | $775 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $141,248.00 | 220.70 | $640 | $640 | 0 |
| Proano, David F. | Partner | Litigation | 2004 | $539.00 | 1.10 | $490 | $490 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1997 | $72,832.50 | 74.70 | $975 | $975 | 0 |
| Thomas, Joshua C. | Partner | Litigation | 2008 | $7,687.50 | 12.30 | $625 | $625 | 0 |
| Attard, Lauren T. | Counsel | Bankruptcy | 2008 | $1,872.00 | 2.60 | $720 | $720 | 0 |
| Delaney, Michael T. | Counsel | Bankruptcy | 2009 | $6,750.00 | 13.50 | $500 | $500 | 0 |
| Richardson, David J. | Counsel | Bankruptcy | 1993 | $5,008.50 | 6.30 | $795 | | 0 |
| Jiwani, Sabrina N. | Associate | Litigation | 2012 | $2,340.00 | 4.00 | $585 | | 0 |
| Jones, Bradley K. | Associate | Litigation | 2007 | $14,917.50 | 25.50 | $585 | | 0 |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $23,621.00 | 59.80 | $395 | $395 | 0 |
| Peterson, Laura E. | Associate | Bankruptcy | 2012 | $2,162.00 | 4.70 | $460 | $460 | 0 |
| Prince, Scott E. | Associate | Bankruptcy | 2016 | $3,708.00 | 10.30 | $360 | | 0 |
| Smith, Shanisha Y. | Associate | Litigation | 2014 | $60,196.50 | 102.90 | $585 | $585 | 0 |
| Thompson, Taylor M. | Associate | Litigation | 2018 | $1,638.00 | 5.20 | $315 | $315 | 0 |
| Walton, Ryan A. | Associate | Litigation | 2007 | $53,369.00 | 128.60 | $415 | $415 | 0 |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Weaver, Casey E. | Associate | Int'l Trade | 2013 | $21,820.50 | 37.30 | $585 | $585 | 0 |
| Goehrs, Carol M. | Paralegal | Litigation | | $63.00 | 0.20 | $315 | | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $12,932.00 | 42.40 | $305 | $305 | 0 |
| Shore, Sally | Paralegal | Trademark | | $55.00 | 0.20 | $275 | $275 | 0 |
| Martin, Joseph D. | Sr. Lit. Support Coordinator | Litigation | | $7,894.50 | 27.70 | $285 | $285 | 0 |
| McDonald, Michael H. | Sr. Lit. Support Coordinator | Info. Services | | $108.00 | 0.40 | $270 | | 0 |
| Nunes, Silas T. | Lit. Tech. Consultant | Litigation | | $632.00 | 1.60 | $395 | | 0 |
| **TOTAL** | | | | **$769,304.50** | **1,227.70** | | | |

Case Name: Entrust Energy, Inc., et al.
Case Number: 21-31070
Applicant's Name: Baker & Hostetler LLP
Date of Application: October 21, 2021
Interim or Final: Interim

2