# Exhibit "C"

## SCHEDULE OF CAUSES OF ACTION TO BE TRANSFERRED AND RETAINED BY THE LIQUIDATING TRUST

PLEASE TAKE NOTICE: No Person or Creditor may rely on the absence of a specific or categorical reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors or the Liquidating Trust will not pursue any and all available Causes of Action against it.

The Debtors and Liquidating Trust expressly reserve all rights to prosecute any and all Causes of Action against any Person or Creditor. Unless a Cause of Action is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or a Bankruptcy Court order, the Debtors and Liquidating Trust expressly reserves all Causes of Action for later adjudication, and thus, no preclusion doctrine, including res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a result of confirmation or consummation of the Plan.

Section 6.6 and 6.7 of the Plan contemplates the transfer of the Liquidating Trust Assets, including all Causes of Action, to the Liquidating Trust on the Effective Date.

Notwithstanding and without limiting the generality of Section 6.7 of the Plan, this schedule identifies specific Causes of Action, currently known to the Debtors, which are expressly preserved by the Debtors and Liquidating Trust. It is anticipated that following the Effective Date, the Liquidating Trust will pursue some or all of these Causes of Action in an effort to increase the amount of Cash in the Liquidating Trust, which may, in turn, result in a higher payout to the Holders of Allowed Claims against the Debtors.

In addition to the Causes of Action identified below, there may be additional Causes of Action based on state or federal law that currently exist or may arise that are not set forth herein, because the facts that form the basis of such Causes of Action are not fully or currently known by the Debtors (the "Unknown Causes of Action"). The intent of the Plan is to transfer all of the Debtors' Causes of Action, including any Unknown Causes of Action, to the Liquidating Trust. For the avoidance of doubt, the failure to list any Cause of Action, including any Unknown Cause of Action, in the Disclosure Statement or Plan is not in any way intended to waive such claims or limit the rights of the Liquidating Trust to pursue such claims.

## RETAINED CAUSES OF ACTION

1. The Debtors are a party to a number of insurance contracts and policies. Such policies are identified on the Debtors' respective Schedule A/B and Schedule G. The Debtors expressly reserve all Causes of Action based in whole or in party upon any and all insurance contracts, insurance policies, occurrence policies, and occurrence contracts to which any of the Debtors is a party or pursuant to which any of the Debtors has any rights whatsoever.

2. The Debtors are a party to a number of contracts and leases. Such contracts and leases are identified on the Debtors' respective Schedule A/B and Schedule G. The Debtors expressly reserve all Causes of Action relating to such contracts and leases, including, without limitation, Causes of Action against vendors, suppliers of goods or any other parties: (a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition performance on additional requirements under contracts with any of the Debtors; (d) for payments, deposits, holdbacks, reserves, or other amounts owed by any Creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor, or other party; (e) for any liens, including mechanic's, artisan's, materialman's, possessor, or statutory liens held by any of the Debtors; (f) counter-claims and defenses related to any contractual obligations; (g) any turnover actions arising under Section 542 or 543 of the Bankruptcy Code; and (h) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, any business tort claims, misappropriation of IP, or confidentiality breaches.

3. The Debtors' respective Schedules A/B identify Persons or Creditors that may owe money to the Debtors (the "Accounts Receivable Parties"), and the Debtors' respective Schedules E/F identify Persons or Creditors to whom that Debtor may owe money (the "Accounts Payable Parties"). The respective Debtors expressly reserve all Causes of Action against their respective Accounts Receivable Parties and Accounts Payable Parties.

4. All Causes of Action against the Debtors' former shareholders for fraudulent transfer and the recovery of any dividends or other consideration paid to shareholders.

5. All Causes of Action for avoidance and recovery under §§ 541, 542, 543, 544, 545, 547, 548, 549, 550, 553(b) of the Bankruptcy Code and all applicable state law, including but not limited to, claims against (a) the parties listed on Exhibit C-1 attached hereto; (b) those parties identified in response to Questions 3-6 and 9-13 of the Debtors' respective Statement of Financial Affairs.

6. All Causes of Action against any Insider of any Debtor.

**RESERVATION OF RIGHTS**

The Debtors reserve all rights to amend, revise, or supplement this schedule at any time before the Effective Date of the Plan.

4857-2550-0162.1

# Exhibit "C-1"

| TARGET | POTENTIAL CLAIMS |
|---|---|
| Shell Energy North America (US), L.P. and all affiliates | All claims stated in the Shell Litigation, including any amendments thereto |
| Shell Trading Risk Management, LLC and all affiliates | All claims stated in the Shell Litigation, including any amendments thereto |
| Electric Reliability Council of Texas | Potential preference and/or fraudulent transfer claims, breach of contract, contract damages, tortious interference, takings, due process violations, equitable subordination, negligence, etc. |
| Public Utility Commission of Texas | Potential fraudulent transfer claims, tortious interference, takings, due process violations, negligence, etc. |
| Nippon Gas Co., Ltd. and all affiliates | Recharacterization of debt to equity and equitable subordination |
| Nippon Gas USA, Inc. and all affiliates | Recharacterization of debt to equity and equitable subordination |
| Rhythm Ops, LLC and all affiliates | Potential fraudulent transfer claims |
| Bandon River Capital, LLC and all affiliates | Potential preference and/or fraudulent transfer claims, breach of contract, contract damages, tortious interference, etc. |
| MAJ Marketing, LLC | Potential preference and/or fraudulent transfer claims |
| AEP TX Central and all affiliates | Potential preference and/or fraudulent transfer claims |
| AEP TX North and all affiliates | Potential preference and/or fraudulent transfer claims |
| American Express and all affiliates | Potential preference and/or fraudulent transfer claims |
| CenterPoint Energy and all affiliates | Potential preference and/or fraudulent transfer claims |

| | |
|---|---|
| Eisenbach Consulting and all affiliates | Potential preference and/or fraudulent transfer claims |
| Exclusive Texas Group and all affiliates | Potential preference and/or fraudulent transfer claims |
| I.E. Solutions, LLC and all affiliates | Potential preference and/or fraudulent transfer claims |
| Integrity Energy and all affiliates | Potential preference and/or fraudulent transfer claims |
| John Eagle Imports, LLP and all affiliates | Potential preference and/or fraudulent transfer claims |
| MPower Marketing Enterprises and all affiliates | Potential preference and/or fraudulent transfer claims |
| ONCOR and all affiliates | Potential preference and/or fraudulent transfer claims |
| Pattern Recognition Technologies and all affiliates | Potential preference and/or fraudulent transfer claims |
| Platinum Xchange Enterprises Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Texas New Mexico Power and all affiliates | Potential preference and/or fraudulent transfer claims |
| TruEnergy and all affiliates | Potential preference and/or fraudulent transfer claims |
| JP Morgan Chase and all affiliates | Potential preference and/or fraudulent transfer claims |
| ACT Commodities, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Bid UREnergyInc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Broker Online Exchange LLC and all affiliates | Potential preference and/or fraudulent transfer claims |
| Integrity Energy and all affiliates | Potential preference and/or fraudulent transfer claims |

4857-2550-0162.1

| | |
|---|---|
| Kinect Energy, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| New York State Research and all affiliates | Potential preference and/or fraudulent transfer claims |
| PJM Nordeo/Neast/Nesday and all affiliates | Potential preference and/or fraudulent transfer claims |
| Progressive Energy Consultants and all affiliates | Potential preference and/or fraudulent transfer claims |
| Saracen Energy Advisors, LP and all affiliates | Potential preference and/or fraudulent transfer claims |
| North American Venture Capital and all affiliates | Potential preference and/or fraudulent transfer claims |
| Leonel Herrero Jr. | Potential preference and/or fraudulent transfer claims |
| ADP and all affiliates | Potential preference and/or fraudulent transfer claims |
| Amazon Web Services and all affiliates | Potential preference and/or fraudulent transfer claims |
| Cogent Communications and all affiliates | Potential preference and/or fraudulent transfer claims |
| Dun and Bradstreet, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Energy Services Group, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Genesys Telecommunications Laboratories, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Greenberg, Grant and Richards, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| IMS and all affiliates | Potential preference and/or fraudulent transfer claims |
| IMS Postage and all affiliates | Potential preference and/or fraudulent transfer claims |

| | |
|---|---|
| Marketing Response Solutions and all affiliates | Potential preference and/or fraudulent transfer claims |
| Onelink Holdings, S.A. and all affiliates | Potential preference and/or fraudulent transfer claims |
| Salesforce and all affiliates | Potential preference and/or fraudulent transfer claims |
| Usio Postage and all affiliates | Potential preference and/or fraudulent transfer claims |
| Usio, Inc. and all affiliates | Potential preference and/or fraudulent transfer claims |
| BDO and all affiliates | Potential preference and/or fraudulent transfer claims |
| Cigna Health and Life Insurance Co. and all affiliates | Potential preference and/or fraudulent transfer claims |
| First Insurance Funding and all affiliates | Potential preference and/or fraudulent transfer claims |
| Intacct and all affiliates | Potential preference and/or fraudulent transfer claims |
| Reed Smith and all affiliates | Potential preference and/or fraudulent transfer claims |
| Shoichiro Osawa | Potential preference and/or fraudulent transfer claims |
| Wolters Kluwer and all affiliates | Potential preference and/or fraudulent transfer claims |
| US Retailers LLC and all affiliates | Potential fraudulent transfer claims |