IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ENTRUST ENERGY, INC., *et al.*,[1] | CASE NO.: 21-31070 |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING PLAN SUPPLEMENT

Pursuant to the *Order Granting Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan, (III) Approving the form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan* (Doc. No. 412) (the "**Order**"), Entrust Energy, Inc. and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Plan Supplement.[2] The Plan Supplement includes the Liquidating Trust Agreement and Declaration of Trust attached as **Exhibit A**.

Please take further notice that the Debtors reserve the right to alter, amend, modify, or supplement the Plan Supplement; provided, if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to confirm the Plan, the Debtors will file a blackline of such document with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Entrust Energy, Inc. (2194); Entrust Treasury Management Services, Inc. (2347); Entrust Energy East, Inc. (3446); Power of Texas Holdings, Inc. (8159); Knocked, Corp. (0195); Akyta Holdings, Inc. (7696); Enserve, Inc. (9111); Akyta, Inc. (7560); Energistics, Inc. (3460); SPH Investments, Inc, (0271); Akyta IP, Inc. (8798); Surge Direct Sales, Inc. (7225); Entrust Energy Operations, Inc. (7479); Strategic Power Holdings, LLC (7069); NGAE, Inc. (1888). The Debtors' mailing address is Entrust Energy, Inc., 1301 McKinney Street, Suite 2950, Houston, TX 77010.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Order.

RESPECTFULLY SUBMITTED this 6th day of December, 2021.

        **BAKER & HOSTETLER LLP**

        */s/ Jimmy D. Parrish*
        **Elizabeth A. Green, Esq.**
        Fed ID No.: 903144
        **Jimmy D. Parrish, Esq.**
        Fed. ID No. 2687598
        200 South Orange Avenue
        Suite 2300
        Orlando, FL  32801-3432
        Telephone:  407.649.4000
        Facsimile:   407.841.0168
        Email: egreen@bakerlaw.com
                jparrish@bakerlaw.com

        **BAKER & HOSTETLER LLP**
        **Jorian L. Rose, Esq.**
        N.Y. Reg. No. 2901783
        45 Rockefeller Plaza
        New York, New York
        Telephone:  212.589.4200
        Facsimile:  212.589.4201
        Email: jrose@bakerlaw.com

        *Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 6, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        */s/ Jimmy D. Parrish*
        Jimmy D. Parrish