IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENTRUST ENERGY, INC. *et al.*[1] | Case No. 21-31070 (MI) |
| Post-Confirmation Debtors. | |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING AMENDED JOINT PLAN OF LIQUIDATION, (II) EFFECTIVE DATE, (III) REJECTION DAMAGES BAR DATE, AND (IV) ADMINISTRATIVE EXPENSE CLAIMS BAR DATE**

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") of the Honorable Martin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, confirming the *Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Entrust Energy, Inc. and Its Debtor Affiliates as Modified* (the "Plan") was entered on December 30, 2021.[2]

**PLEASE TAKE FURTHER NOTICE** that all conditions precedent to effectiveness pursuant to Article 10.2 of the Plan have been satisfied or waived and January 6, 2022 is the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on, among others, the Debtors, all Holders of Claims and Equity Interests, irrespective of whether such Claims or Equity Interests are impaired under the Plan or whether the Holders of such Claims or Equity Interests have accepted the Plan, as provided for in the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that any Holder of a Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Plan must file a proof of claim with the Bankruptcy Court and serve such claim on the Debtors and Liquidating Trustee by no later than **January 31, 2022**. Holders of Claims arising from the rejection of executory contracts and unexpired leases with respect to which no proof of claim is timely filed will be

---

[1] The Debtors in these chapter 11 cases that are subject to the Plan and the Liquidating Trust Agreement are: Entrust Energy, Inc.; Entrust Treasury Management Services, Inc.; Entrust Energy East, Inc.; Power of Texas Holdings, Inc.; Akyta Holdings, Inc.; Enserve, Inc.; Akyta, Inc.; Energistics, Inc.; NGAE, Inc. The Liquidating Trustee's mailing address is P.O. Box 500787, Atlanta, Georgia 31150.

No chapter 11 plan has been confirmed in the cases of the following Debtors: Knocked, Corp.; SPH Investments, Inc.; Akyta IP, Inc.; Surge Direct Sales, Inc.; Entrust Energy Operations, Inc.; and Strategic Power Holdings, LLC.

[2] Docket No. 480. Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

forever barred from asserting a Claim against the Debtors, the Estates, the Liquidating Trust, or the property of any of the foregoing, unless otherwise expressly allowed by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, except with respect to Professional Fee Claims or otherwise as set forth in the Plan or the Confirmation Order, requests for payment of Administrative Expense Claims, including Claims under section 503(b) of the Bankruptcy Code, must be filed with the Bankruptcy Court and served on the Claims Agent, United States Trustee, and Liquidating Trustee no later than **February 10, 2022**. Holders of Administrative Expense Claims that are required to file and serve a request for payment of such Administrative Expense Claims and that do not timely file and serve such a request will be forever barred from asserting such Administrative Expense Claims against the Debtors, the Liquidating Trust, or their respective property, unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be obtained and are available for review without charge at the website of the Claims Agent, www.bmcgroup.com/entrustenergy, or by contacting the Claims Agent via telephone at (888) 909-0100.

Dated: January 11, 2022
New York, New York

**KELLEY DRYE & WARREN LLP**

By:  */s/ James S. Carr*
James S. Carr (*pro hac vice* pending)
Maeghan J. McLoughlin (*pro hac vice* pending)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: jcarr@kelleydrye.com
          mmcloughlin@kelleydrye.com

*Counsel to the Entrust Liquidating Trust*