United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 21-31070** |
| **ENTRUST ENERGY, INC.,** *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **ENTRUST ENERGY, INC.,** *et al.*, | § | |
| , | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 21-3930** |
| | § | |
| **SHELL ENERGY NORTH AMERICA (US), L.P.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counts II-VII are dismissed.  The plaintiff is granted leave to replead Counts III-VII to contain well-plead allegations supporting Entrust's claims for relief.

SIGNED 06/06/2023

_____
Marvin Isgur
United States Bankruptcy Judge